# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com

---

* Member of the New York Bar and New Jersey Bar

**BY EMAIL**                                                                 **November 19, 2019**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 11-20-19

Re: **United States of America v. Augustine Hernandez Diaz**
Docket No. 1:19-cr-00134-(LAP)

Dear Judge Preska:

Defense counsel respectfully submits to the Court this request to adjourn the November 25, 2019, conference date, in the above referenced matter to December 09, 2019 or to a date soon thereafter (except for the week of Dec 18-22) that is convenient for the Court's schedule. The reason for this request is the parties expect this matter to be resolved through pretrial disposition, and defense counsel due to recent holds at the MCC and other delays requests more time to discuss matters with Mr. Diaz. Defendant requests that time be excluded under the Speedy Trial Act 18 U.S.C. §§ 3161 (h)(7)(A) & (B), between November 25, 2019 and the date to which the conference is scheduled. AUSA Nicholas Chiuchiolo on behalf of the Government, consents to this request.

Should the Court have any questions or require additional information please contact me.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

(1) The conference is adjourned to December 12 at 9:30

CC: AUSA(s) Nicholas Chiuchiolo and Tara LaMorte via ECF

**SO ORDERED**
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE