# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352



USDC SDNY
DOCUMENT
ELECT~~~~~~~LY FILED
DOC #
DATE FILED: 12-5-19

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com

---

* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                       December 04, 2019

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: <u>United States of America v. Augustine Hernandez Diaz</u>
Docket No. 1:19-cr-00134-(LAP)

Dear Judge Preska:

Defense counsel respectfully submits to the Court this request to adjourn the December 12, 2019, conference date, in the above referenced matter to January 14, 2020 or to a date soon thereafter that is convenient for the Court's schedule. The reason for this request is the parties expect this matter to be resolved through pretrial disposition. Defendant requests that time be excluded under the Speedy Trial Act 18 U.S.C. §§ 3161 (h)(7)(A) & (B), between December 12, 2019 and the date to which the conference is scheduled. AUSA Nicholas Chiuchiolo on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

*[Handwritten: The conference is adjourned to January 14 at 11:30. SO ORDERED. /s/ Loretta A. Preska, LORETTA A. PRESKA, 12/5/19]*

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF