# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____
* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                                 March 13, 2020

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

          **Re: United States of America v. Augustine Hernandez Diaz**
                  **Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

      Defense counsel respectfully submits to the Court this request to adjourn the April 20, 2020 sentencing in the above referenced matter to June 05, 2020 or to a date soon thereafter that is convenient for the Court's schedule. The reason for this request is that defense has not met with the defendant with his usual Spanish speaking paralegal due to her concerns about the coronavirus, and as defense has received no response from the MDC on how they are planning to combat this pandemic within its community defense has postponed the PSI meeting. AUSA Nicholas Chiuchiolo on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

                                              Respectfully,

                                              /s/ *BCO*

                                              Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF

**The sentencing is adjourned until June 8, 2020 at 12:00 PM. SO ORDERED.**

*Loretta A. Preska*

3/16/2020