# The Law Office of
# Bertram C. Okpokwasili

121 Newark Avenue, Suite 518
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____

* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                                                   **July 21, 2020**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The sentencing scheduled for July 28, 2020, is adjourned until November 12, 2020, at 10:00 a.m. SO ORDERED.
>
> *Loretta A. Preska*  7/22/2020

**Re: United States of America v. Augustine Hernandez Diaz**
       **Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

      Defense counsel respectfully submits to the Court this request to adjourn the July 28, 2020 sentencing in the above referenced matter to the fall when the Courts allow in-person sentencing, or to a date soon thereafter that is convenient for the Court's schedule.  AUSA Nicholas Chiuchiolo on behalf of the Government, consents to this request.  Should the Court have any questions or require additional information please contact me.

                                            Respectfully,

                                            /s/ *BCO*

                                            Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF