# The Law Office of
# Bertram C. Okpokwasili

201 Montgomery Street, 2nd Floor, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____

* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                                                   October 29, 2020

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

> The sentencing scheduled for November 12, 2020, is adjourned until February 22, 2021 at 10:30 am.  SO ORDERED.
>
> *Loretta A. Preska*   October 30, 2020

**Re: <u>United States of America v. Augustine Hernandez Diaz</u>**
**Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

      Defense counsel respectfully submits to the Court this request to adjourn the November 12, 2020 sentencing in the above referenced matter to a date in February 2021 or to a date soon thereafter that is convenient for the Court's schedule.  Although the jails have just recently opened up to Attorneys on a limited basis, with Covid-19 rates increasing nationwide, there is little possibility of coordinating the attendance of family members at his sentencing in November and may not be for the near future.  AUSA Nicholas Chiuchiolo on behalf of the Government, consents to this request.  Should the Court have any questions or require additional information please contact me.

                                      Respectfully,

                                       /s/ *BCO*

                                     Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF