## The Law Office of
## Bertram C. Okpokwasili

201 Montgomery Street, 2nd Fl, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____

* Member of the New York Bar and New Jersey Bar

**BY EMAIL**                                                                                     July 26, 2021

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States of America v. Augustine Hernandez Diaz**
**Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

      Defense counsel respectfully submits to the Court this request to adjourn the August 10, 2021 sentencing in the above referenced matter to September 14, 2021 or to a date soon thereafter that is convenient for the Court's schedule. My client has been locked down for about a week due to the jail wide issue at the MDC. The reason for this request is so that defense can better prepare for sentencing as I was expecting documents to help in my client's sentencing from my client that he has not been able to gather and/or send through no fault of his own. AUSA Nicholas Chiuchiolo, on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

      Respectfully,

      /s/ *BCO*

      Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via EMAIL

```
Sentencing is adjourned to September 14,
2021 at 2:30 p.m.  SO ORDERED.
```

*Loretta A. Preska* 7/27/2021