# The Law Office of
# Bertram C. Okpokwasili

201 Montgomery Street, 2nd Fl, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____

* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                                 September 02, 2021

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States of America v. Augustine Hernandez Diaz**
**Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

      Defense counsel respectfully submits to the Court this request to adjourn the September 14, 2021 sentencing in the above referenced matter to October 14, 2021 or to a date soon thereafter that is convenient for the Court's schedule. The reason for this request is see if conditions with the variant improves and to give Defense the opportunity to attempt to get family members to his sentencing. AUSA Nicholas Chiuchiolo, on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

                                               Respectfully,

                                               /s/ *BCO*

                                             Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF

```
Sentencing is adjourned to October 14, 2021
at 12:30 p.m.  SO ORDERED.
```

*Loretta A. Preska*  9/3/2021