# The Law Office of
# Bertram C. Okpokwasili

201 Montgomery Street, 2nd Fl, Suite 263
Jersey City, N.J. 07302
Telephone: (201) 771-0394
Fax: (201) 839-3352

Bertram C. Okpokwasili, Esq.*
Email: Bertram@bcolawfirm.com
_____
* Member of the New York Bar and New Jersey Bar

**BY ECF**                                                            October 11, 2021

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: **United States of America v. Augustine Hernandez Diaz**
**Docket No. 1:19-cr-00134-(LAP)**

Dear Judge Preska:

Defense counsel respectfully submits to the Court this request to adjourn the October 14, 2021 sentencing in the above referenced matter to December 2, 2021 or to a date soon thereafter that is convenient for the Court's schedule.  The reason for this request is that recently due to lockdowns and other events it was difficult to go over the proposed sentence memorandum with my client.    AUSA Nicholas Chiuchiolo, on behalf of the Government, consents to this request. Should the Court have any questions or require additional information please contact me.

Respectfully,

/s/ *BCO*

Bertram C. Okpokwasili, Esq.

CC: AUSA(s) Nicholas Chiuchiolo via ECF

Sentencing is adjourned to December 2, 2021 at 12:00 p.m.
SO ORDERED.

*Loretta A. Preska* 10/12/2021